PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS





## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Badillo | Case Number: SA-08-CR-00043(9)-OLG |

Name of Sentencing Judicial Officer:   Honorable Orlando L. Garcia, Chief United States District Judge

Date of Original Sentence:   September 16, 2010

Original Offense:   Conspiracy to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering, in violation of 18 U.S.C. § 1962

Original Sentence:   168 months imprisonment followed by 5 years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced:   February 22, 2019

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1:** The defendant shall not commit another federal, state, or local crime. |
| 2. | **Mandatory Condition No. 2:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| 3. | **Standard Condition No. 7:**  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | On March 11, 2019, Mr. Badillo rendered a positive urine specimen for heroin. On the same date, he signed an Admission of Drug Use form. |

Michael Badillo
SA-08-CR-00043(9)-OLG
April 7, 2019
Page 2

**U.S. Probation Officer Action:**

Michael Badillo's term of supervised release commenced on February 22, 2019. Since his release from imprisonment, he has maintained stable residence and sought permanent employment.

As indicated in the Nature of Noncompliance, Mr. Badillo rendered a positive urine specimen for heroin. After addressing the matter with him, Mr. Badillo was enrolled into a Relapse Prevention Self-Help Program and placed on a random urinalysis testing system.

At this time, the U.S. Probation Office respectfully requests Mr. Badillo be allowed to participate and complete the substance abuse treatment program.

Any further violations of his conditions of supervised release will be promptly reported to the Court.

Approved:

_____
Tracy L. Tate
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55317

Respectfully submitted,

_____
Dina D. Dutson
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55387
Date: April 7, 2019

cc:   Sarah Wannarka
      Assistant U.S. Attorney

      Rick Golden, Jr.
      Assistant Deputy Chief U.S. Probation Officer

---

☒ Approved as submitted.

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_____
Honorable Orlando L. Garcia
Chief U.S. District Judge

4.12.19
Date