AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
NOV 14 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

U.S. MARSHALS RECEIVED SEP 26 2019 SAN ANTONIO, TX ENFORCEMENT SECTION

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL BADILLO | ) | Case No.  SA-08-CR-43-(9)-OLG |
| a/k/a "VL" | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                           **MICHAEL BADILLO**                           ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☑ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

SEE THE ATTACHED PROB 12C PETITION

Date: 09/26/2019

_____
*Issuing officer's signature*

City and state:   SAN ANTONIO, TEXAS

Rosanne M. Garza, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/26/2019, and the person was arrested on *(date)* 11/06/2019
at *(city and state)* San Antonio, TX.

Date: 11/12/2019

USMS W-TX SA
*Arresting officer's signature*

J. Johnston  USMS TA
*Printed name and title*