6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| United States of America | § | |
|---|---|---|
| | § | |
| vs. | § | Case No: SA:08-CR-00043(9)-OLG |
| | § | |
| (9) Michael Badillo | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

_11/20/19_
Date

_Mike Badillo_
Defendant

_Bernard Campion_
Name of Attorney for Defendant (Print)

_11-20-19_
Date

_Bernard Campion_
Signature of Attorney for Defendant